# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 3, 2010
JOHN LEY
CLERK

No. 09-12513

EZELL GILBERT,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

--------------------------
On Appeal from the United States District Court for the
Middle District of Florida
--------------------------

(Opinion June 21, 2010, 609 F.3d 1159, 11ᵗʰ Cir. 2010)

(November 3, 2010)

BEFORE:  DUBINA, Chief Judge, TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, PRYOR, and MARTIN, Circuit Judges.*

B Y   T H E   C O U R T:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

---

*Judge Charles R. Wilson has recused himself and will not participate.  Senior United States Circuit Judge James C. Hill has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).